JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES CLARK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>HEATHER SHIRLEY, WARDEN,<br><br>　　　　Respondent. | Case No. 2:20-cv-11167-JVS-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is dismissed with prejudice.

DATED: January 31, 2022

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE